1016

THE STATE OF WASHINGTON, *Respondent*, v. JESSE J. ESQUIBEL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-03490-5, Michael T. Downes, J., entered January 30, 2008. *Remanded* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. JARED PAUL SPILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 07-1-01580-1, Steven J. Mura, J., entered January 14, 2008. *Affirmed* by unpublished per curiam opinion.

CENTER MOBILE HOME PARK, LLC, *Respondent*, v. MARY MORGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-09158-1, Ronald L. Castleberry, J., entered January 30, 2008. *Reversed* and *remanded* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK RENE SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-06342-7, Gregory P. Canova, J., entered February 19, 2008. *Affirmed* by unpublished per curiam opinion.